722 A.2d 1290

IN THE MATTER OF JAMES A. KEY, JR., AN ATTORNEY AT LAW.

February 4, 1999.

## ORDER

The Court on January 28, 1999, having ordered that **JAMES A. KEY, JR.**, of **FORDS**, who was admitted to the bar of this State in 1974, be temporarily suspended from the practice of law, pursuant to *Rule* 1:20–17(e)(1), unless he paid all administrative costs and interest assessed in a previous disciplinary matter prior to that date;

And the Disciplinary Review Board having reported to the Court that respondent has paid the sums assessed pursuant to *Rule* 1:20–17;

And good cause appearing;

It is ORDERED that the Order of January 28, 1999, is hereby vacated.